-FILED-

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

MAR 16 2017

At_____M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| UNITED STATES OF AMERICA | ) | CAUSE NO. |
| --- | --- | --- |
|  | ) |  |
| v. | ) | 18 U.S.C. § 922(g)(1) |
|  | ) | 2:17CR 34 |
| GILBERTO MUNOZ | ) |  |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about February 22, 2017, in the Northern District of Indiana,

**GILBERTO MUNOZ,**

defendant herein, having previously been convicted of burglary in 2015 in the Superior Court of Lake County, Indiana, said crime being punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a firearm, which was a Smith & Wesson revolver;

In violation of Title 18, United States Code, Section 922(g)(1).

1

## **FORFEITURE ALLEGATIONS**

1. The allegations of Count One of the Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of Title 18 United States Code, Section 924(d), and Title 28 United States Code, Section 2461(c).

2. Upon conviction of the offense alleged in Count One of the Indictment, **GILBERTO MUNOZ**, defendant herein, shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in the commission of such offenses, including but not limited to:

    a. one (1) firearm, which was a Smith & Wesson revolver; and

    b. five (5) rounds of .44 ammunition;

A TRUE BILL:

/s/ Foreperson
FOREPERSON

CLIFFORD D. JOHNSON
ACTING UNITED STATES ATTORNEY

By: /s/ Dean R. Lanter
Dean R. Lanter
Assistant United States Attorney